Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000507
29-MAR-2012
09:31 AM

NO. CAAP-11-0000507

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CENTRAL PACIFIC BANK, a Hawai'i corporation, Plaintiff-Appellee,
v.
GUY K. GILLILAND, Defendant-Appellant,
and
CHARLOTTE L.K. DOZIER, Successor Trustee of the Lauretta A. Lowry Revocable Trust Dated April 5, 1990, as Amended; KENT R. SMITH; RICHARD COPP LOWRY; CHARLES LOWRY, Defendants-Appellees,
and
JOHN DOES 3-20; JANE DOES 1-20; et al., Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 09-1-1651)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On June 30, 2011, Defendant-Appellant Guy Gilliland filed a notice of appeal;  (2) the record on appeal was filed on August 22, 2011, and the appellate clerk filed the notice of entering case on calendar notifying Appellant that the jurisdictional statement was due September 1, 2011 and the opening brief was due October 3, 2011; (3) Appellant did not file the jurisdictional statement; (4) although Appellant obtained an extension of time to November 2, 2011 to file the opening brief, he did not file the brief; (5) on February 29, 2012, the appellate clerk provided

notice to Appellant that: (a) the time to file the statement of jurisdiction and the opening brief expired; (b) the matter would be called to the attention of the court on March 10, 2012; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (6) thereafter, Appellant did not file the statement of jurisdiction and the opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, March 29, 2012.

Presiding Judge

Associate Judge

Associate Judge